LOUIS SCHWARTZ, Respondent, *v.* THE METROPOLITAN STREET RAILWAY CO., Appellant.

APPEAL by the defendant from a judgment in favor of the plaintiff, rendered in the Municipal Court, second district, borough of Manhattan.

Henry A. Robinson, for appellant.

J. P. Soloman, for respondent.

*Per Curiam.* In this action to recover for personal injuries, contributory fault on the part of the plaintiff was so palpably and clearly established by his own testimony, as to render any discussion of the case unnecessary in reversing the judgment.

Present: FREEDMAN, P. J., and MACLEAN, J.

Judgment reversed and new trial ordered, with costs to appellant to abide event.